**Exhibit A to the Complaint**

**Location:** Hillsborough, NJ  
**Total Works Infringed:** 47

**IP Address:** 73.178.72.98  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 52676DB8AF414DEA769B50EB28C052C61D366D93 | Tushy | 12/24/2017 15:28:30 | 04/01/2017 | 06/05/2017 | PA0002050768 |
| 2 | 0039671F2DA45FD91E526E1E487C279EFE4C3B4B | Vixen | 11/03/2017 00:46:49 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 3 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 12/31/2017 21:52:46 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 4 | 0353EDB69941528536E11A493F548BF96A245B01 | Blacked | 09/27/2017 21:43:39 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 5 | 0B7701F8670C17ADBBF4A7AF2DED70DF4C82E73F | Vixen | 10/12/2017 23:30:13 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 6 | 0DD3276F902204088B854E5F711DA30F5E893A61 | Vixen | 12/09/2017 18:57:51 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 7 | 1C93EF754C5F3CFF9910E3CD36CE848233F3E761 | Tushy | 10/04/2017 00:05:35 | 10/03/2017 | 10/10/2017 | 15894022537 |
| 8 | 2FE53E644E8CCD219F82C3BDE649AF6DA5FC1BC9 | Blacked | 12/22/2017 04:43:26 | 12/21/2017 | 01/18/2018 | PA0002070941 |
| 9 | 330C89F7DF12634B5CF519C6032A84CF0FC8A499 | Blacked Ra | 12/24/2017 15:10:50 | 12/23/2017 | 01/18/2018 | 16200020025 |
| 10 | 36B744C2F7CE7B8216973496FC51C9BFC530928B | Tushy | 12/13/2017 06:50:28 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 11 | 38738F0C4BB9A6B9FBF67C80A010CB6BFE6E0F08 | Tushy | 12/19/2017 04:25:42 | 12/17/2017 | 01/18/2018 | 16215970342 |
| 12 | 3C72AE63978DE26D6CDA611A9CA34D27D9C989DC | Vixen | 12/26/2017 03:18:48 | 12/25/2017 | 01/18/2018 | 16200019612 |
| 13 | 48F0D5FBC0D37A6E170636BCB41E5C01D08284A4 | Vixen | 08/19/2017 00:28:46 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 14 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Ra | 12/14/2017 13:20:16 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 15 | 50A31827247C2EF81673E8B42F537934E279C371 | Blacked | 10/08/2017 13:11:13 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 16 | 5A213C5FB8174BC75350C498DC90DF38124BE9C6 | Vixen | 12/01/2017 01:39:04 | 11/30/2017 | 12/17/2017 | 16159649437 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 61C89629BC6D4CFA993E3E0AADC7C4F6BF767C84 | Vixen | 09/21/2017 22:26:20 | 09/21/2017 | 09/28/2017 | 15894022962 |
| 18 | 62A7C24CA4AD36F61A2FE2F461961218721D46E6 | Tushy | 10/20/2017 01:48:04 | 10/18/2017 | 11/15/2017 | 16016503463 |
| 19 | 62CC3935B7FC860B01E6FE26EE9DD4F07D7722A7 | Vixen | 10/17/2017 03:59:17 | 10/16/2017 | 10/22/2017 | 15918925812 |
| 20 | 64B71915820355B22C5E5C4CE2399CE2EB096C44 | Blacked | 10/18/2017 15:05:43 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 21 | 6B7616952BC5A7B15D567490A22B9F2D8464B95E | Tushy | 08/30/2017 22:35:00 | 08/29/2017 | 09/07/2017 | 15894022439 |
| 22 | 78D13BB0CEAED240FE7F3FEA179FF03C2EB24A22 | Blacked | 11/22/2017 15:38:31 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 23 | 79F6050308A1B393E69FF6B2354EEFDDB131C96C | Tushy | 11/08/2017 04:03:45 | 11/07/2017 | 11/15/2017 | 16013185672 |
| 24 | 7D276E9E1CEA48D7D41A96C29DEBB48039BE9996 | Blacked Ra | 12/14/2017 12:57:58 | 12/13/2017 | 12/17/2017 | 16159650081 |
| 25 | 805A5FDC5163BAD38E15AAB622AE1CCB55FBC5C3 | Blacked Ra | 12/14/2017 13:57:06 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 26 | 8DCDCC75BDB742F5DBE5659427D18F97608227C2 | Tushy | 09/26/2017 00:53:18 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 27 | 9202F53690D918A134BD9B463AACE90F06B7DADF | Tushy | 09/28/2017 21:01:25 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 28 | 95843E6553AFAA08890FCCE083BA3B6D6C5A8687 | Vixen | 11/20/2017 22:49:11 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 29 | 95CAA79F9B5C5C2ECC9E699D4160C23C559F8B1F | Tushy | 08/06/2017 21:10:46 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 30 | 96964CD2E4F8BAF8EE290DC33962B3A520BDA4E7 | Tushy | 08/06/2017 21:23:18 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 31 | 97D21843A5918BE452415605DBC5BD570FAB0FC9 | Tushy | 08/06/2017 21:15:13 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 32 | A8E97A5EE223B525263B43FEB9CC3575C5FF8962 | Blacked | 11/04/2017 04:41:19 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 33 | B349BC295A8A68984649C19735828B4F3AF4B75A | Blacked | 11/12/2017 13:53:55 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 34 | BA53433EE904BC3FA6ECDC9B08D361BE237BE25E | Blacked Ra | 01/09/2018 02:37:55 | 01/07/2018 | 01/18/2018 | 16215824015 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | C7B858AB5E343142B4EF7CFC7F7D1A35472B739A | Vixen | 08/08/2017 12:38:21 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 36 | C8F92F5754426D51551C51CA298682CD94EE60FC | Tushy | 01/03/2018 06:35:13 | 01/01/2018 | 01/18/2018 | 16215970489 |
| 37 | C901895F4E1DF2BADE71C9059F1F56D083ADDDAE | Blacked | 10/03/2017 01:29:11 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 38 | C90FD0F0DCE6EC1EC95E539C013FB8BC92332C3B | Tushy | 08/25/2017 13:19:45 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 39 | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | Tushy | 11/30/2017 02:22:05 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 40 | CD6294A1E374A9314470B69751116A79B32C1E56 | Blacked Ra | 12/14/2017 12:59:07 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 41 | CEA6272249B1E8E175009D1C0C4F32CC22297A5D | Vixen | 10/28/2017 00:21:51 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 42 | DCC9C2A5EC0143CD63F624F7BACED654A6D6FDF9 | Tushy | 11/14/2017 01:35:44 | 11/12/2017 | 11/21/2017 | 16013342441 |
| 43 | E5BDBAE5F693BF5032E5B309CFE46072D6D97239 | Tushy | 09/09/2017 14:49:36 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 44 | EAAC93309F7CD7334A698050CCB612153083ECC8 | Vixen | 09/09/2017 14:59:04 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 45 | EB8D7996065138135ED30864C601D3C5444B8F84 | Blacked Ra | 12/29/2017 13:26:32 | 12/28/2017 | 01/18/2018 | 16215970231 |
| 46 | FC73B83CFE12C2E3C4CB282D67CEA3D3850DE1B4 | Tushy | 08/10/2017 01:46:22 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 47 | FEE16CE10A43D3C35646F556E3B4F712D3A9520B | Vixen | 08/29/2017 02:13:45 | 08/27/2017 | 09/07/2017 | PA0002052843 |